**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI JEAN YAHN, *et al.*, | ) |
|             Plaintiffs, | )    Case No.: 2:21-cv-00890-GMN-DJA |
| vs. | ) |
| | )    **ORDER** |
| KENTUCKY WESTERN CO., *et al*, | ) |
|             Defendants. | ) |

Under Local Rule IA 1-8, "[a]ll . . . civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." *See* D. Nev. Local R. IA 1-8. In the Notice of Removal, Defendant requests this case be heard in the United States District Court in Reno, Nevada because "the incident that gives rise to this claim occurred in Elko County, Nevada." (*See* Notice of Removal 2:1–3, ECF No. 1). Given that the accident occurred in the unofficial Northern Division of the District of Nevada, the Court accordingly transfers the civil action to the unofficial Northern Division.

**IT IS HEREBY ORDERED** that the above-listed case is transferred to the unofficial Northern Division of the District of Nevada. The Clerk of Court is ordered to close the instant case and open the case as an unofficial Northern Division case.

**DATED** this __14__ day of May, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court