STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 011473
dtetreault@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants Kentucky Western Co., and Martin Douglas Wilson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI JEAN YAHN, individually and as co-Special Administrator of the Estate of TIMOTHY J. YAHN, deceased; KYLE JAMES YAHN, individually; ZACHARY LEE YAHN, individually; ALEXANDER SCOTT YAHN, individually; JANICE GONALEZ, as Co-Special Administrator of the Estate of TIMOTHY J. YAHN, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>KENTUCKY WESTERN CO., a foreign corporation; MARTIN DOUGLAS WILSON, an individual; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO.   3:21-cv-00227-MMD-WGC<br><br>Formerly Case No. 2:21-cv-00890<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND THE TIME TO FILE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO REMAND** |

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs LORI JEAN YAHN, KYLE JAMES YAHN, ZACHARY LEE YAHN, ALEXANDER SCOTT YAHN, and JANICE GONALEZ, by and through their attorneys, VICTORIA R. ALLEN, ESQ. of the law firm of NETTLES & MORRIS, and Defendants KENTUCKY WESTERN CO., and MARTIN DOUGLAS WILSON, by and through their attorneys, STEVEN T. JAFFE, ESQ.,

and DANIEL C. TETREAULT, ESQ. of the law firm of HALL JAFFFE & CLAYTON, LLP, that the time to respond to the Plaintiff's Motion to Remand will be extended from June 11, 2021 to June 15, 2021.

**IT IS SO STIPULATED.**

DATED this 11th day of June, 2021.          DATED this 11th day of June, 2021.

HALL JAFFE & CLAYTON, LLP                    NETTLES | MORRIS

/s/ Steven T. Jaffe, Esq.                    /s/ *Victoria R. Allen*
STEVEN T. JAFFE, ESQ.                        BRIAN D. NETTLES, ESQ.
Nevada Bar No. 007035                        Nevada Bar No. 7462
DANIEL C. TETREAULT, ESQ.                    CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 011473                        Nevada Bar No. 11218
7425 Peak Drive                              VICTORIA R. ALLEN, ESQ.
Las Vegas, Nevada 89128                      Nevada Bar No. 15005
*Attorneys for Defendants*                   1389 Galleria Drive, Suite 200
*Kentucky Western Co., and Martin*           Henderson, Nevada 89014
*Douglas Wilson*                             *Attorneys for Plaintiffs*

**ORDER**

IT IS FURTHER ORDERED that Defendants' Response to Plaintiffs' Motion to Remand shall be due on June 15, 2021.

DATED this 14th day of June, 2021.

_____
FEDERAL COURT JUDGE

2