BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
NETTLES | MORRIS
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
brian@nettlesmorris.com
christian@nettlesmorris.com
victoria@nettlesmorris.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI JEAN YAHN, individually and as co-Special Administrator of the Estate of TIMOTHY J. YAHN, deceased; KYLE JAMES YAHN, individually; ZACHARY LEE YAHN, individually; ALEXANDER SCOTT YAHN, individually; JANICE GONALEZ, as Co-Special Administrator of the Estate of TIMOTHY J. YAHN, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> KENTUCKY WESTERN CO., a foreign corporation; MARTIN DOUGLAS WILSON, an individual; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, <br><br> Defendants. | CASE NO: 3:21-cv-00227-MMD-WGC <br><br> Formerly Case No. 2:21-cv-00890 <br><br><br> **PROPOSED STIPULATION AND ORDER TO EXTEND THE TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, LORI JEAN YAHN, individually and as co-Special Administrator of the Estate of TIMOTHY J. YAHN,

-1-

NETTLES | MORRIS
1389 Galleria Drive Suite 200
Henderson, NV 89014
(702) 434-8282 / (702) 434-1488 (fax)

deceased ("Plaintiff Lori"); KYLE JAMES YAHN, individually ("Plaintiff Kyle"); ZACHARY LEE YAHN, individually ("Plaintiff Zachary"); ALEXANDER SCOTT YAHN, individually ("Plaintiff Alexander); JANICE GONALEZ, as Co-Special Administrator of the Estate of TIMOTHY J. YAHN, deceased (hereinafter collectively "Plaintiffs"), by and through their counsels of record, Brian D. Nettles, Esq., Christian M. Morris, Esq. and Victoria R. Allen, Esq., of the law firm Nettles | Morris, and Defendants KENTUCKY WESTERN CO., and MARTIN DOUGLAS WILSON, by and through their attorneys, STEVEN T. JAFFE, ESQ. and DANIEL C. TETRREAULT, ESQ. of the lar firm HALL JAFFE & CLAYTON, LLP, that the time to reply to Defendant's Opposition to Plaintiff's Motion to Remand be extended from June 22, 2021 to June 24, 2021.

Dated this 23rd day of June, 2021.

NETTLES | MORRIS

*/s/ Victoria R. Allen*
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
*Attorneys for Plaintiff*

Dated this 23rd day of June, 2021.

HALL JAFFE & CLAYTON, LLP

*/s/Daniel C. Tetreault*
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 11473
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants*

## **ORDER**

IT IS FURTHER ORDERED that Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Remand shall be due June 24, 2021.

DATED this 24th day of June, 2021.

_____
FEDERAL COURT JUDGE